Submitted on record and briefs January 31, affirmed April 5, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## JENNIFER ROSE HAHN,
*Appellant.*

C030943CR; A125361

132 P3d 680

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Eric Johansen, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).